**Opinion issued April 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-16-00050-CV**

———————————

**ROBERT JONES JUNIOR, Appellant**

**V.**

**PINSON AUTOPLEX, LLC, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-14204**

---

**MEMORANDUM OPINION**

Appellant, Robert Jones Junior, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208,

51.941(a) (West 2013), § 101.041 (West Supp. 2015); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.